**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JAMES MADISON PROJECT, and ) <br> NOAH SCHACHTMAN, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> GENERAL SERVICES ) <br> ADMINISTRATION, et al, ) <br> ) <br> Defendants. ) <br> _____ ) | No.  1:17-cv-151-EGS |

**PROPOSED JOINT SCHEDULING ORDER**

Pursuant to this Court's Standing FOIA Order dated June 5, 2016 (ECF No. 16), the parties hereby file this proposed joint scheduling order providing the requested information below:

(1) <u>The status of Plaintiffs' FOIA requests</u>:  Plaintiff has made similar FOIA requests to five (5) separate agencies: General Services Administration ("GSA"), Office of Government Ethics ("OGE"), Department of Justice ("DOJ"), Office of Special Counsel ("OSC") and Office of Personnel Management ("OPM").

(a) GSA searched for documents responsive to FOIA requests, GSA-2017-000332 and GSA-2017-000411 and found no responsive documents to either request;

(b) OGE searched for documents responsive to three FOIA requests designated as FY17/074, FY17/091 and FY17/132.  No responsive documents were found for FY17/074 and 66 pages with redactions were produced for FY17/091 and FY17/132. OGE recently determined that it will be making a supplemental release of some

previously released pages with fewer redactions;

(c) DOJ has begun its search for responsive records in response to both FOIA requests, FY 17-020 and FY17-032.  DOJ has completed the search for documents responsive to three categories of information requested in both FOIA requests but the search is still ongoing for the rest of the requested information.  DOJ is currently anticipating that it can complete the search within 60 days or by August 23, 2017.  DOJ will provide the Court with a report on the status of its search on or before that date, or sooner if the search is complete.

(d) OSC searched for documents responsive to two FOIA requests: FO-17-0020 and FO-17-0037. No responsive documents were found for FO-17-0020 and 17 pages of responsive records with redactions were produced in response to FO-17-0037.

(e) OPM has completed its search for documents responsive to FOIA request 2017-02938 dated January 7,  2017 as well as the supplemental request dated January 20, 2017 and did not find any responsive documents.

(2) <u>Anticipated number of documents responsive to FOIA requests</u>:  See responses to items (1)(a)-(e).

(3) <u>Anticipated release dates</u>: See responses to item (1)(a)-(e).

(4) <u>Open America</u>: There will not be any motions for an Open America stay.

(5) <u>Need for Vaughn</u>: Each agency will provide search declarations and Vaughns if necessary with their summary judgment brief.

(6) <u>Settlement</u>: The parties do not think referral to a magistrate or the mediation program is necessary at this time.

(7) <u>Proposed briefing schedule</u>:  The parties have agreed that they will meet and confer regarding a proposed briefing schedule for summary judgment fourteen (14) days after all the searches have been completed and all responsive documents have been produced.  The parties further agree to file a status report setting forth a proposed briefing schedule seven (7) days after they meet and confer.

Date: June 23, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

MARCIA BERMAN
Assistant Branch Director
Civil Division

__/s/ Bradley P. Moss_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar. #440532
Mark S. Zaid P.C.
1250 Conn. Ave. NW
Suite 200
Washington DC 20036
202-454-2809
202-330-561- fax
Brad@MarkZaid.com
Mark@MarkZaid.com

/s/ Marsha Stelson Edney_____
MARSHA STELSON  EDNEY
(DC Bar # 414271)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7152
Washington, D.C. 20530
Tel: (202) 514-4520
Fax: (202) 616-8470
E-mail: marsha.edney@usdoj.gov

Attorneys for Plaintiffs

Attorneys for Defendant